# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2137626 | Wilson | 330 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 05/14/2025 1940 | MTA 16-303 (c) |

**Place of Offense:** Porter Street.

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Person Driving Motor Vec. on hwy. on suspended Lic. Privilege.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Funes | Ada | M |

Street Address: [redacted]

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 6FE 9498 | MD | 17 | Honda/Civic | | Silver |

**A** ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1520 Freedom Drive, Frederick MD, 21702
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy
*E2137626*

CVB SCAN 05/28/2025 11:29

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 14th**, 20 **25** while exercising my duties as a law enforcement officer in the **Ft. Detrick** District of **Maryland**.

~~See attached Document~~ TW

On 14 May 2025, at 1937 Hrs, while on patrol on Porter Street, I observed a silver Honda (MD reg. 6FE 9498) that was traveling at a high rate of speed. My visual observation was confirmed by using radar which returned an audio/digital reading of 37 mph in a posted 25 mph zone. I initiated a traffic stop on Porter Street and Campus Drive. I identified the driver as Funes, Ada M. by her MD ID card (MD 027 6398 906). An NCIC check determined the registration valid, and her license suspended for points accumulation.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/14/2025**    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/28/2025 11:29